

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

$8,898.00 in U.S. Currency, et al.,
Appellant

No. 06-25-00013-CV          v.

The State of Texas, Appellee

Appeal from the County Court at Law of Panola County, Texas (Tr. Ct. No. 2019-089).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, John Michael Barton, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 17, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk